UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAMON KIMMEL,                              )
*and as Representative of a Class*         )
*of similarly situated individuals*,       )
                                           )
    Plaintiffs,        )
                                           )
     v.           )    Case No.: 1:16-cv-161
                                           )
HOUSING AUTHORITY                          )
OF SOUTH BEND,                             )
                                           )
    Defendant.         )


**MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO COMPLAINT**

    Pursuant to Federal Rules of Civil Procedure 6(b) and Rule 6-1 of the Local Rules of the U.S. District Court for the Northern District of Indiana, Defendant, the Housing Authority of South Bend, respectfully requests a four-day extension of the deadline to respond to Plaintiff Damon Kimmel's Complaint to August 19, 2016.  In support of this request, the Housing Authority states:

    1.    The current deadline for answering or otherwise responding to Mr. Kimmel's Complaint is August 15, 2016.  This deadline was previously extended twice pursuant to N.D. Ind. L.R. 6-1(b), first from June 20, 2016 when the Housing Authority filed a Notice of Initial Enlargement of Time, and second from July 18, 2016.

    2.    Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure allows the Court to extend deadlines for good cause upon motion made before the original time or its extension expires. Determining whether "good cause" exists focuses on the diligence of the party seeking the extension.  *Smetzer v. Newton*, 1:10-CV-93, 2012 WL 1900118 (N.D. Ind. May 23, 2012) (*citing*

*Alioto v. Town of Lisbon*, 651 F.3d 715, 715 (7th Cir. 2011) and *Smith v. Howe Military Sch.*, 3:96–CV–790RM, 1997 WL 662506, *1 (N.D. Ind. Oct. 20, 1997).

3.      To demonstrate good cause, a party must show that despite its diligence, the time table could not reasonably have been met.  *Smith*, 1997 WL 662506, at * 1.

4.      Good cause exists to modify the deadline for responding to Mr. Kimmel's Complaint.

5.      Mr. Kimmel brings claims individually and on behalf of a putative class, including alleged violation of the United States Housing Act, the Fourteenth Amendment to the Constitution (including alleged due process and equal protection violations), the due course of law clause of the Indiana Constitution, and the equal privileges clause of the Indiana Constitution.

6.      The Housing Authority believes Mr. Kimmel's Complaint warrants dismissal for failure to adequately state a claim under Rule 12(b)(6).  However, the Housing Authority needs additional time to complete the brief in support of this motion because of the Housing Authority's counsel's workload and the numerous claims brought in this case.

7.      In addition to this case, the Housing Authority's counsel has appeared and is actively defending two other putative class actions—*Stanley Reed, and as representative of a class of similarly situated individuals v. Housing Authority of South Bend*, United States District Court for the Northern District of Indiana, Case No.: 3:16-cv-253-JVB-CAN; *Fair Housing Center of Central Indiana, et al. v. Anderson Housing Authority*, United States District Court for the Southern District of Indiana, Case No. 1:16-cv-785.  The motion to dismiss in *Reed* was filed on August 8, 2016 and the *Fair Housing Center* case is actively involved in discovery with discovery responses due on Monday, August 15, 2016.

8.      In addition to these putative class actions, the Housing Authority's counsel has various other immediate professional obligations, including: attending an all-day mediation in

Chicago on Tuesday, August 16, 2016 in *Sanders v. The Reserves Network, Inc.*, United States District Court for the Northern District of Illinois, Case No. 1:16-cv-02592; responding to an Immigration Custom Enforcement I-9 audit notice that is due Monday, August 15, 2016; responding to several housing discrimination complaints pending in the Indiana Civil Rights Commission or the Fort Wayne Metropolitan Human Rights Commission during the next two weeks; attending a pre-trial conference scheduled for Friday, August 19, 2016 in *Crystal Wright v. Housing Authority of South Bend*, State of Indiana St. Joseph Superior Court, Cause No. 71D07-1201-PL-00001; attending the Rule 16 conference in this case on August 24; giving a client employment law training on August 23; and filing a supplemental docketing statement in *Cynthia Herndon v. Housing Authority of South Bend,* Seventh Circuit No. 2929 on August 22, 2016. Counsel is actively defending more than ten other lawsuits or complaints pending in Indiana and Illinois state and federal courts or administrative agencies, and is handling numerous other active labor and employment matters, such as client counseling and policy and agreement drafting.

9.    Due to the complexity of Mr. Kimmel's Complaint and the undersigned's other demands, the Housing Authority requires a short, four-day extension to complete its response to Mr. Kimmel's Complaint.

10.    No discovery or trial dates have been set, and this extension this case will not prejudice either party.

11.    Mr. Kimmel's counsel has no objection to this extension.

WHEREFORE, the Housing Authority respectfully requests the Court enter an order vacating the existing deadline for answering or otherwise responding to the Complaint, and extending the deadline to August 19, 2016.

Date:  August 11, 2016                    BARNES & THORNBURG LLP

                                          */s/ Michael P. Palmer*
                                          Michael P. Palmer
                                          Kyra E. Clark
                                          700 1st Source Bank Center
                                          100 N. Michigan St.
                                          South Bend, IN  46601-1632
                                          Michael.Palmer@btlaw.com
                                          Kyra.Clark@btlaw.com
                                          Attorney Palmer: (574) 237-1135
                                          Attorney Clark: (574) 237-1249

                                          Attorneys for Defendant, Housing Authority of
                                          South Bend


## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Kent Hull, 105 E. Jefferson, Suite 800, South Bend, IN  46601.

BARNES & THORNBURG LLP

By:    */s/  Michael P. Palmer*

DMS KCLARK2 4253444v1